■ In the Matter of Christopher T. Ragucci, a Suspended

Attorney. [601 NYS2d 791] —Motion to confirm the Hearing Panel's report granted, and respondent's application for reinstatement denied. Concur—Carro, J. P., Rosenberger, Ellerin, Wallach and Kassal, JJ.